# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 22-1270V

| | |
|---|---|
| WILLIAM PARKINSON, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: October 24, 2023 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Jessica Ann Wallace, Siri & Glimstad, LLP, Aventura, FL,* for Petitioner.

*Austin Joel Egan, U.S. Department of Justice, Washington, DC,* for Respondent.

**RULING ON ENTITLEMENT**[1]

On September 9, 2022, William Parkinson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that suffered a Table Injury – Guillain-Barré Syndrome ("GBS") – as a result of an influenza ("flu") vaccine administered to him on September 10, 2021. Petition at 1. Petitioner further alleges that he suffered the residual effects of his injury for more than six months, and that there has been no prior award or settlement of a civil action on his behalf as a result of his injury. *See* Petition at ¶¶ 44-46. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On October 19, 2023, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that it is his

> position that petitioner satisfied the criteria set forth in the Vaccine Injury Table ("Table") and the Qualifications and Aids to Interpretation ("QAIs"). 42 C.F.R. § 100.3(a)(XIV)(D), (c)(15). Specifically, petitioner experienced GBS from a seasonal influenza vaccine which is described in the Table, petitioner's symptom onset occurred between three and forty-two days after vaccination, petitioner's weakness did not have a more likely alternative diagnosis, and petitioner's condition did not meet any of the exclusionary criteria.

*Id.* at 7 (footnote omitted). Respondent further agrees that Petitioner suffered the sequela of his injury for more than six months and has satisfied all legal requirements for compensation under the Vaccine Act. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master